■ In the Matter of ROBERT TORRE, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. [676 NYS2d 515] —In a proceeding pursuant to CPLR article 75 to vacate an arbitration award, the petitioner appeals from an order of the Supreme Court, Dutchess County (Beisner, J.), dated June 4, 1997, which denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that there is no basis to vacate the arbitrator's award (*see,* CPLR 7511 [b] [1]). O'Brien, J. P., Ritter, Thompson, Friedmann and Goldstein, JJ., concur.